**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 24-cv-04331 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

**DECLARATION OF SERVICE**

I, Jennifer V. Nacht, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On June 3, 2024, this Court entered an Order [21] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi and any e-mail addresses provided for Defendants by third parties.

3. I hereby certify that on June 10, 2024, I electronically published the Complaint, TRO, Summons, and other relevant documents on a website.

4. I hereby certify that on June 10, 2024, I sent an e-mail to the e-mail addresses for Defendant Nos. 29-125 identified in **Exhibit A** hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of June 2024, at Chicago, Illinois.

/s/ Jennifer V. Nacht
Jennifer V. Nacht
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jnacht@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*