# EXHIBIT A

**Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"- Case No. 24-cv-04331**

| No. | Name / Seller Alias | E-Mail Address |
|---|---|---|
| 1 | EXCEPTED | EXCEPTED |
| 2 | EXCEPTED | EXCEPTED |
| 3 | EXCEPTED | EXCEPTED |
| 4 | EXCEPTED | EXCEPTED |
| 5 | EXCEPTED | EXCEPTED |
| 6 | EXCEPTED | EXCEPTED |
| 7 | EXCEPTED | EXCEPTED |
| 8 | EXCEPTED | EXCEPTED |
| 9 | EXCEPTED | EXCEPTED |
| 10 | EXCEPTED | EXCEPTED |
| 11 | EXCEPTED | EXCEPTED |
| 12 | EXCEPTED | EXCEPTED |
| 13 | EXCEPTED | EXCEPTED |
| 14 | EXCEPTED | EXCEPTED |
| 15 | EXCEPTED | EXCEPTED |
| 16 | EXCEPTED | EXCEPTED |
| 17 | EXCEPTED | EXCEPTED |
| 18 | EXCEPTED | EXCEPTED |
| 19 | EXCEPTED | EXCEPTED |
| 20 | EXCEPTED | EXCEPTED |
| 21 | EXCEPTED | EXCEPTED |
| 22 | EXCEPTED | EXCEPTED |
| 23 | EXCEPTED | EXCEPTED |
| 24 | EXCEPTED | EXCEPTED |
| 25 | EXCEPTED | EXCEPTED |
| 26 | EXCEPTED | EXCEPTED |
| 27 | EXCEPTED | EXCEPTED |
| 28 | EXCEPTED | EXCEPTED |
| 29 | A2R2ZKZNEO7JER | yutaojue@163.com |
| 30 | Aokasii Official Store | zlm1722478008@gmail.com |
| 31 | APHUBVB6NBO6O | dingtuza@163.com |
| 32 | changshashifurongququanqingbaihuodian | 2372764858@qq.com |
| 33 | DA XI grocery store | 1634395794@qq.com |
| 34 | dibaowujinyou | jhoicmwap889@163.com |
| 35 | DWHdexiaodian | xiaonau58@163.com |
| 36 | fangdongdemao | 15705673571@163.com |
| 37 | HangLaiWangLuo | 280448553@qq.com |
| 38 | HAOTONGDA | haotongda5358@163.com |
| 39 | heibaicafe | 15107704419@163.com |
| 40 | JEBEST | 872913252@qq.com |
| 41 | Ji Ning Electronics | jiningdianzi@163.com |
| 42 | jieantu | 17605537793@163.com |

| 43 | LiBin-US | ptz593173@163.com |
|---|---|---|
| 44 | LIQUNGEGELAILE | liqungegelaile@163.com |
| 45 | litangkaishopa | litangkai20042@outlook.com |
| 46 | Nian Hong Department | 18380666783@163.com |
| 47 | NNET | songxlamazonusa@163.com |
| 48 | nnnrrzzz | aftp623xpn70646@126.com |
| 49 | NO. 63 | keriqu5@163.com |
| 50 | nshiyuau | kezf01904@163.com |
| 51 | QinYunQi-US | wulaoweiqm035@163.com |
| 52 | SOCKIR | sockir@163.com |
| 53 | Tang Chang Store | tystore123@163.com |
| 54 | TODO US | mou3mou39999@163.com |
| 55 | ugedesha | yeliyaovj28179@163.com |
| 56 | UniqueStyle Home Decor | 92705807@163.com |
| 57 | US-ZYQKCL-auto LLC | louchaoqun1987@163.com |
| 58 | Xiao alum e-commerce | duguan96060501@163.com |
| 59 | xiazhilizhixia | x13375122798@163.com |
| 60 | yangzongyumingyao | y18761459155@163.com |
| 61 | yiboling | lg25392024@163.com |
| 62 | yicongshangmao | x13584904835@163.com |
| 63 | ZhanXiaoFu shop | 13268106016@163.com |
| 64 | Zhbus | 18292796689@163.com |
| 65 | Zhenyu Shop | 17710848806@163.com |
| 66 | zhijiangshimengjuanshangmaoyouxiangongsi | dunniu7@163.com |
| 67 | 2ketengrui | ketengrui_10087@163.com |
| 68 | aide_1549 | aidefushi@hotmail.com |
| 69 | Auheadmotor | bryght001@163.com |
| 70 | auto-emporiu | auto-emporium@hotmail.com |
| 71 | autoparts-jack | jansuh@163.com |
| 72 | auto-taillight | springcoyle123@outlook.com |
| 73 | beyoung | huyansai@163.com |
| 74 | Bryght88 | 19951788484@163.com |
| 75 | carinteriorkit | car-interiorkit@hotmail.com |
| 76 | ccpower us | ccpower-us@outlook.com |
| 77 | chengdouersitong0 | lidane706@163.com |
| 78 | create_autoparts | createmotors-02@outlook.com |
| 79 | createmotors_c | createmotors@outlook.com |
| 80 | daisyyy | daisytame@163.com |
| 81 | ddt855 | ddt1889@outlook.com |
| 82 | duckduckk | xintuo003@outlook.com |
| 83 | fdgfdyddew_0 | fxuczh190@163.com |
| 84 | felechia-41 | fskdds-eby2024de8@outlook.com |
| 85 | fikisha_10 | szfes-eby2024usl@outlook.com |
| 86 | forsen-auto | benfore@163.com |
| 87 | harmonyly | harmonyedd@outlook.com |
| 88 | he2-99 | he24960@126.com |
| 89 | huy-54 | huytrd@126.com |

| 90 | Jefarch | shenzwe@outlook.com |
|---|---|---|
| 91 | jiongpiansm0918 | beng297@163.com |
| 92 | joseph-joe | leishuangwul@outlook.com |
| 93 | july001 | 1374589877@qq.com |
| 94 | mcbrockman | mingchen0344@163.com |
| 95 | mokuang888 | mokuangoz@163.com |
| 96 | monkeyauto | ciq6474@163.com |
| 97 | moto-part04 | ketengrui02@outlook.com |
| 98 | motors-long | longjiaodianshang@126.com |
| 99 | newxbss | wfxbss@163.com |
| 100 | oackrtfd | oacjck@126.com |
| 101 | oemdepots | auzi001@163.com |
| 102 | ontoplus168 | ontoplus@outlook.com |
| 103 | oopoow | tuanting004@163.com |
| 104 | Smo_Autoparts | yu20000915@hotmail.com |
| 105 | SMTPOST | smtpost2024@163.com |
| 106 | sports_mart | ht-sportsmarket@hotmail.com |
| 107 | TTAUTO-LLC | ttauto66@outlook.com |
| 108 | unilight-99 | brzi004@163.com |
| 109 | usps-71 | usps9551@outlook.com |
| 110 | venusxin | venusxinzhiyue2022@yeah.net |
| 111 | xeiro23 | xeironghua@outlook.com |
| 112 | ylsplus | youlaishi123_2@163.com |
| 113 | yuliangbaihuo | zhongchuixinh5q@163.com |
| 114 | yuntiuangqhing | qklshfuy129@outlook.com |
| 115 | YYDSYYSD | yygsbppt@163.com |
| 116 | zc-partsmarket | wfzcwl@126.com |
| 117 | zhaoxianfengam | zhaoxianfengaa@126.com |
| 118 | DengHui | dingph896@163.com |
| 119 | FoShanShiNanHaiQuTeXinQin | jiqie9343382@163.com |
| 120 | haoxiang6 | frwwhi3027517@163.com |
| 121 | himeilizhuang | eh0w55bs6m@outlook.com |
| 122 | Huahanzhuo shop | zhanz99933@163.com |
| 123 | Super Value Venue | hengjiongwalmart@126.com |
| 124 | ZheJiangNingBoJiJingGuangXue | miaodouan832854@163.com |
| 125 | zhengzedianzi | fvrppt@163.com |
| | | shaoyijun@riylawfirm.cn; runa@riylawfirm.cn |
| | | adamu@au-llc.com; niu@mainleaf-law.com; lou@mainleaf-law.com; settlement@mainleaf-law.com |