# EXHIBIT A

**Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"- Case No. 24-cv-04331**

| No. | Name / Seller Alias | E-Mail Address |
|---|---|---|
| 1 | Cangnan Jared Crafts Co., Ltd. | chinajared001@163.com |
| 2 | Dongguan Honghai Automobile Technology Co., Ltd. | 15210822566@163.com |
| 3 | Foshan Banana Auto Parts Co., Ltd. | fsbanana888@163.com |
| 4 | Foshan Huicheng Auto Product Co., Ltd. | fspinku@163.com |
| 5 | Fuzhou Yantuo Import And Export Co., Ltd. | daphne@fzyantuo.com |
| 6 | Guang Zhou Meiyida New Material Technology Co.,ltd | icarnfts@yeah.net |
| 7 | Guangdong Yingjing Trading Co., Ltd. | qls16888@outlook.com |
| 8 | Guangzhou Brad Auto Accessories Co., Ltd. | yamaxun202003@126.com |
| 9 | Guangzhou Douluo Electronic Co., Ltd. | rebecca@theplusbeam.com |
| 10 | Guangzhou Guangwu Technology Co., Ltd. | gzguangwu@126.com |
| 11 | Guangzhou New Wind Electronic Co., Ltd. | 2169570078@qq.com |
| 12 | Guangzhou Pudu Automotive Products Co., Ltd. | gzpodo2018@foxmail.com |
| 13 | Guangzhou Ushi Auto Parts Co., Ltd. | 13609608599@139.com |
| 14 | Guangzhou Yuexiu District Bree Car Accessories Firm | m15917489907_1@163.com |
| 15 | Guangzhou Zhengji Information Technology Co., Ltd. | hillzhu@zhengji-led.com |
| 16 | Guangzhou Zhuocai Auto Parts Co., Ltd. | 18688477059@189.com |
| 17 | Longgang Yixin Sign Co., Ltd. | yixinsign@outlook.com |
| 18 | Ningbo Haishu Watchman Electronic Technology Co., Ltd. | ningbowatchman@163.com |
| 19 | Shandong Hehe Xiyue New Energy Technology Co., Ltd. | 974152370@qq.com |
| 20 | Shanghai Yufeng Industry Co., Ltd. | yufeng@yufengcraft.com |
| 21 | Shenzhen Chaoju Technology Co., Ltd. | ethan397809230@gmail.com |
| 22 | Sunsing Industry And Trade Co., Ltd. | sales@sunsingchina.com |
| 23 | Tianjin Light Import & Export Co., Ltd. | info@tianjinlight.com |
| 24 | Xiamen Xingdingtai Packaging Co., Ltd. | xmxdt087@126.com |
| 25 | Nizi Auto Parts Store | 18664716263@163.com |
| 26 | Saborway AutoParts Trading Store | saborway@163.com |
| 27 | Swarovski Style Gifts Store | mengxiaocuwgj1@163.com |
| 28 | Zericon Car Parts Store | z13423332773@163.com |